CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMIE LEE TOWLER, | ) | Case No. 7:13-cv-00458 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | By: Hon. Michael F. Urbanski |
| CARL MANIS, Warden, | ) | United States District Judge |
| | ) | |
| Respondent. | ) | |

For the reasons set forth in the accompanying memorandum opinion, the court hereby **DENIES** Respondent's Motion to Dismiss, Dkt. No. 3. Counsel are directed to contact chambers within five days of the entry of this Memorandum Opinion to schedule a telephone conference in order to discuss the best procedure for addressing the merits of Towler's petition. The Clerk is directed to send a copy of this Order to all counsel of record.

It is **SO ORDERED**.

Entered: September 2, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge